**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jonah Richard KELLY, Defendant–
Appellant.**

No. 03–41273.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Michelle S. Englade, Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Jonah Richard Kelly, Federal Correctional Institution, Oakdale, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

The Federal Public Defender (FPD), appointed to represent appellant Jonah Richard Kelly, has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Kelly has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.